# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1032
Lower Tribunal No. 19-CF-000116

_____

HOLLY ANN HARRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

June 30, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and PRATT, JJ., concur.


Holly Ann Harris, Cape Coral, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED